Aug. 16, 1979.

422 A.2d 689

Aronson Assoc. v. Pa. Nat'l Mut. Cas. Ins. Co., Appellant.

Argued March 12, 1979. F. Lee Shipman, for appellant; Leslie B. Handler, for appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

The Decree is affirmed on the Opinion of Judge Caldwell as reported in 99 Dauphin 446 (1977).

422 A.2d 689

Commonwealth v. Stoner, Jr., Appellant.

Submitted March 12, 1979. Blake E. Martin, Public Defender, for appellant; William C. Cramer, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Remanded for the appointment of counsel not associated with the Public Defender's office.